UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>MCALLISTER OLIVARIUS,<br><br>        Defendant. | Case No. 3:23-cv-04561-LJC<br><br>**CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Notice is hereby given that the December 7, 2023 initial case management conference is continued to February 8, 2024 at 1:30 p.m. to be held via Zoom. The joint case management conference statement shall be filed by February 1, 2024. The link to the Zoom Webinar can be found at https://cand.uscourts.gov/judges/lisa-j-cisneros-ljc/

Dated: December 6, 2023

                                        Mark B. Busby
                                        Clerk, United States District Court

By: _____
Brittany Sims, Deputy Clerk to the
Honorable LISA J. CISNEROS
(510) 637-3558