UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LEE,<br><br>             Plaintiff,<br><br>     v.<br><br>MCALLISTER OLIVARIUS,<br><br>             Defendant. | Case No.  23-cv-04561-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Jane Lee filed this action on September 5, 2023.  ECF No. 1.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Ms. Lee's last day to complete service on Defendant McAllister Olivarius or to file a motion for administrative relief from the service deadline was December 4, 2023.  The docket does not indicate that Ms. Lee has completed service or that Defendant has waived service of summons.  No party has consented to magistrate judge jurisdiction.  See ECF Nos. 3, 4, 5, 7.

 "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline may be extended upon a showing of good cause. Id.  In the present action, the 90-day deadline for completing service has passed, and no showing of good cause has been made to extend the deadline.  No party filed a case management statement in advance of the December 7, 2023 Initial Case Management Conference, which was ultimately continued to February 8, 2024.

Accordingly, Ms. Lee shall file a response no later than fourteen days from the date of this Order and show cause why this action should not be dismissed without prejudice for failure to

1  timely complete service of process and for failure to prosecute.  Ms. Lee's failure to respond to
2  this Order by the deadline may result in a report and recommendation by the undersigned that this
3  case be dismiss for failure to prosecute.
4  **IT IS SO ORDERED.**
5  Dated: December 11, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge