

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

January 3, 2024

FIFTH NOTICE

Jane Lee
18 Westbrook Court
Bellingham, WA 98229

Re:    Jane Lee v. McAllister Olivarius
Case Number:3:23-cv-04561-LJC

Dear Jane Lee:

This matter has been randomly assigned to United States Magistrate Judge Lisa J. Cisneros for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or declination and file it with the Court by **February 1, 2024.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

Mark B. Busby
Clerk of Court, United States District Court

By    _____

Brittany Sims, Deputy Clerk to the
Honorable Magistrate Judge Lisa J. Cisneros

*REV. 9-19*

1

2                          UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4

5     JANE LEE,                                    Case No.3:23-cv-04561-LJC

6                    Plaintiffs,

7            v.                                    **CONSENT OR DECLINATION
                                                   TO MAGISTRATE JUDGE
8     MCALLISTER OLIVARIUS,                        JURISDICTION**

9                    Defendants.

10

11          **INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you

12    (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to

13    consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

14          ( )    **Consent to Magistrate Judge Jurisdiction**

15          In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to

16    have a United States magistrate judge conduct all further proceedings in this case, including trial

17    and entry of final judgment. I understand that appeal from the judgment shall be taken directly to

18    the United States Court of Appeals for the Ninth Circuit.

19          **OR**

20          ( )    **Decline Magistrate Judge Jurisdiction**

21          In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United

22    States magistrate judge conduct all further proceedings in this case and I hereby request that this

23    case be reassigned to a United States district judge.

24    DATE:                                        NAME: _____

25                                                 COUNSEL FOR (OR "PRO SE"):

26                                                 _____

27                                                 _____

28                                                 Signature

*REV. 9-19*

United States District Court
Northern District of California