UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>MCALLISTER OLIVARIUS,<br><br>    Defendant. | Case No.  23-cv-04561-LJC<br><br>**ORDER RE: PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 10 |

On December 11, 2023, the Court issued an order to show cause why this action should not be dismissed for failure to timely complete service and failure to prosecute (Order to Show Cause). ECF No. 9.  Plaintiff Jane Lee filed a response to the Order to Show Cause on December 26, 2023.  ECF No. 10.  Having considered Plaintiff's argument, the Court hereby orders Plaintiff to provide an update on her efforts to effectuate service of process on Defendant McAllister Olivarius in her Case Management Statement prior to the upcoming Initial Case Management Conference on February 8, 2024.  The Case Management Statement shall be due no later than ten days before the Initial Case Management Conference, on January 29, 2024.  As part of her update, Plaintiff shall also address whether Defendant can be served in a judicial district of the United States pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure.  See ECF No. 1 (Compl.) ¶ 2 (providing that Defendant is a "multijurisdictional law firm" with an office in New York City).

In her response to the Order to Show Cause, Plaintiff did not address the fact that she failed to take any action with respect to multiple Clerk's Notices requiring her to file a consent or declination to proceed before a magistrate judge.  See ECF Nos. 3, 4, 5, 7.  The Clerk has issued a fifth Notice, setting the deadline for Plaintiff to file a consent or declination by February 1, 2024.  See ECF No. 11.  The Court will defer decision on whether to discharge the Order to Show Cause

until Plaintiff has complied with the deadlines above.

**IT IS SO ORDERED.**

Dated: January 5, 2024

LISA J. CISNEROS
United States Magistrate Judge